## THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

**MICHAEL A. CAMPBELL,**              )
                                      )
              **Plaintiff,**          )
                                      )
**v.**                                )        **Case No. CIV-13-926-R**
                                      )
**OKLAHOMA BOARD OF**                 )
**CORRECTIONS, et al.,**              )
                                      )
              **Defendants.**         )

### ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Charles B. Goodwin.  Doc. No. 7.  The Report and Recommendation is ADOPTED to the extent that Plaintiff's motion for leave to proceed *in forma pauperis* is denied in light of Plaintiff's payment received on October 10, 2013.

IT IS SO ORDERED this 15th day of October, 2013.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE