IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL A. CAMPBELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-13-926-R |
| JODY JONES, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Charles B. Goodwin. Doc. No. 47. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and Plaintiff's Motion for Injunctive Relief is DENIED.

IT IS SO ORDERED this 25th day of August, 2015.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE